FILED - USDC - FLMD - JAX
MAY 20 2024 PM12:50

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Jacksonville Division

**CIVIL RIGHTS COMPLAINT FORM**

CASE NUMBER: 3:24-cv-503-TJC-LLL
(To be supplied by Clerk's Office)

BRYAN DOWNEY
(Enter full name of each Plaintiff and prison number, if applicable)

v.

Sheriff T.K. Waters
Sgt W.H. Cox #76320
Lt Yoder # 65367
J.L. Robinson Jr #84797
Duval Co. Jail
D.L. Grady III # 85616
Z.D. McMinn #84784
K.D. Floyd # 84035

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Duval County Jail Pretrial Detention Facility, 500 E. Adams St, Jacksonville, Fla 32202
(Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): Bryen Downey

Defendant(s): D.L. Grady, J.L. Robinson, Z.D. McMinn, K.D. Floyd, W.H. Cox, Duval Co. Jail

2. Court (if federal court, name the district; if state court, name the county):

Middle district of Florida

3. Docket Number: 3:23-cv-797-MMH-MCR

4. Name of judge: Marcia Morales Howard

5. Briefly describe the facts and basis of the lawsuit: Police brutality and false arrest by several J.S.O. Correctional Officers.

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

Dismissal Without Prejudice

7. Approximate filing date: 7-3-2023

8. Approximate disposition date: 7-13-2023

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: ______

N/A

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Bryan Downey

Mailing address: 500 E Adams Jacksonville Fl 32202

B. Additional Plaintiffs: N/A

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: T.K. Waters

Mailing Address: 501 E Bay St. Jacksonville Fl. 32202

Position: Sheriff

Employed at: Jacksonville Sheriffs office

D. Defendant: W.H. Cox

Mailing Address: 501 E Bay St. Jacksonville Fl, 32202

Position: Corrections Sergeant

Employed at: Jacksonville Sheriff's Office

E. Defendant: Lt Yoder

Mailing Address: 501 E Bay st. Jacksonville Fl, 32202

Position: Lieutenant

Employed at: Jacksonville Sheriff's Office

F. Defendant: D.L. Grady

Mailing Address: 501 E Bay st Jacksonville Fl, 32202

Position: Officer

Employed at: Jacksonville Sheriff's Office

G. Defendant: J.L. Robinson

Mailing Address: 501 E Bay st Jacksonville Fl, 32202

Position: Officer

Employed at: Jacksonville Sheriff's Office

H Defendant: Z.O. McMinn

Mailing address: 501 E. Bay St. Jacksonville Fl. 32202

Position: Officer

Employed at: Jacksonville Sheriff's Office

I. Defendant: K.D. Floyd

Mailing address: 501 E Bay St. Jacksonville Fl 32202

Position: Officer

Employed at: Jacksonville Sheriff's Office

J Defendant: Duval Co Jail

Mailing address: 500 E Adams Jacksonville Fl 32202

Position: N/A

Employed at: N/A

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

4th Amendment right to be free from unreasonable search and seizures. 8th Amendment right to be free from cruel and unusual punishment. 14th Amendment right to Due Process and right to equal protection of the laws.

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

On Febuary 13th 2023, Officers J.L. Robinson, O.L. Grady and Sgt W.H. Cox violated company policey by taking the Plaintiff to the self-harm dorm of the Duval Co. Jail PDF. They then forced the Plaintiff up a staircase against dr's orders and company policey. These officers then took and followed the Plaintiff into Cell #26 to remove the handcuffs, violating yet another company policey. Upon removal of the handcuffs, Ofc. Grady slammed the Plaintiffs head into the wall. The Plaintiff was

then dragged off the bunk and onto the floor where Ofc Grady and Ofc. Robinson punched and kicked the Plaintiff who offered no resistance. Sgt W.H.Cox then ordered Ofc. K.D. Floyd to taser the Plaintiff who was face down on the floor. Ofc Z.D. McMinn while present in Cell#26 at the time failed to intervene. It was known to the Officers at the time that the Plaintiff had 30 metal surgecial staples holding his stomach together from a surgery 4 days prior. The Plaintiff suffered a lost tooth, facial and body brusis and abbrasions, and staples were torn from his stomach. The Plaintiff was wearing his white medical wristband at the time of the attack. Sgt W.H.Cox and J.L. Robinson then file false reports on the matter, leading to the false arrest of the Plaintiff. Lt Yoder and J.S.O. Internal Affairs failed to properly investigate this matter leading to the continued prosecution of the Plaintiff. Sheriff T.K.Waters is responsible for the actions of all said officers and the J.S.O. Internal Affairs Unit. These Officers then went on to committ perjury at the criminal trial, confirming thier false reports/testimony

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

The Plaintiff requests $200,000 from each

Officer listed. The Plaintiff requests $200,000 from Sheriff T.K. Waters. The Plaintiff requests $200,000 from the Duval Co. Jail.
The Plaintiff requests termination of J.S.O. employment from J.L. Robinson, D.L. Grady and Sgt W.H. Cox.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 14th day of May, 2024.

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 14th day of May, 2024.